# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3825
_____

Koatha Perry Broadus

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 22, 2015
Filed: July 24, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Koatha Perry Broadus appeals the district court's[1] order affirming the denial of supplemental security income. Upon careful consideration of Broadus's challenges to the residual functional capacity (RFC) determination, and de novo review of the record, we agree with the district court that the administrative law judge's determination that Broadus is not disabled is supported by substantial evidence on the record as a whole. See Lott v. Colvin, 772 F.3d 546, 548-49 (8th Cir. 2014); see also Myers v. Colvin, 721 F.3d 521, 527 (8th Cir. 2013) (considerations in RFC determination); Martise v. Astrue, 641 F.3d 909, 923 (8th Cir. 2011) (it is claimant's burden to establish RFC). The judgment of the district court is affirmed.

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).